IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO BELLO VILLANUEVA,<br><br>                    Petitioner,<br><br>      v.<br><br>BRYAN BIRKHOLZ,<br><br>                    Respondent. | NO. CV 23-1833-AH (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. A copy of the Magistrate's Report addressed to Petitioner was returned as undeliverable by the postal service. (Dkt. No. 20.) The Court accepts the findings and recommendation of the Magistrate Judge.

      IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action as moot.

      IT IS FURTHER ORDERED that Respondent's motion to dismiss is denied as moot.

DATED: JANUARY 23, 2025

                                              ANNE HWANG
                                   United States District Judge