JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO BELLO VILLANUEVA, <br><br> Petitioner, <br><br> v. <br><br> BRYAN BIRKHOLZ, <br><br> Respondent. | NO. CV 23-01833-AH (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed as moot.

DATED: JANUARY 23, 2025

_____
ANNE HWANG
United States District Judge